185 So. 921

### A. C. FIELDS v. CITY OF BIRMINGHAM.
### 6 Div. 373.

Court of Appeals of Alabama.
Dec. 20, 1938.

BRICKEN, Presiding Judge.
Affirmed.

185 So. 921

### Lawrence FILMORE v. STATE.
### 3 Div. 808.

Court of Appeals of Alabama.
Jan. 10, 1939.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

185 So. 921

### W. B. FITTS v. STATE.
### 6 Div. 306.

Court of Appeals of Alabama.
Dec. 20, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

177 So. 920

### Elmer FLEMING v. STATE.
### 6 Div. 164.

Court of Appeals of Alabama.
Dec. 7, 1937.

BRICKEN, Presiding Judge.
Appeal dismissed.

184 So. 913

### Eugene (alias Baby) FLETCHER v. STATE.
### 4 Div. 468.

Court of Appeals of Alabama.
Nov. 15, 1938.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

178 So. 923

### John R. FOOTE v. STATE.
### 8 Div. 613.

Court of Appeals of Alabama.
Feb. 1, 1938.

SAMFORD, Judge.
Affirmed.